# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TASIA SMITH**, )<br> )<br>   **Plaintiff,** )<br> )<br>vs. )<br> )<br> )<br> )<br>**UNITED BIOSOURCE, LLC,** )<br> )<br>   **Defendant.** ) | Case 22-2034-JAR-GEB |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

NOW, on this 12th day of July, 2022, Plaintiff Tasia Smith, appearing by and through her counsel of record REAVEY LAW LLC, and Defendant United Biosource, LLC, appearing by and through their counsel of record, JACKSON LEWIS, hereby notify the Court that this case should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear her or its own costs, expenses, and attorney's fees.

| | |
|---|---|
| REAVEY LAW LLC<br>1600 Genessee, Suite 303<br>Kansas City, MO 64102<br>Telephone: 816-474-6300<br><br>By /s/Patrick G. Reavey         .<br>Patrick G. Reavey, KS 17291<br>*Attorneys for Plaintiff* | JACKSON LEWIS<br>7101 College Blvd., Suite 1200<br>Overland Park, KS 66210<br>Telephone:    (913) 981-1018<br><br>By /s/ Phillip C. Thompson<br>Phillip C. Thompson<br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on the following via electronic mail on this 12th day of July, 2022:

Kyle B. Russell, KS Bar #20457
Phillip C. Thompson, KS Bar #27575
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com
Phillip.Thompson@jacksonlewis.com
ATTORNEYS FOR DEFENDANT

          /s/Patrick G. Reavey_____.
            Attorney for Plaintiff